DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORPORATION BELECON USA LLC,** and **CORPORATION ROSEBARA USA LLC,**
Appellants,

v.

**REITANO ENTERPRISES INC.,**
Appellee.

No. 4D22-2532

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502018CA004411.

Gustavo D. Lage and Augusto R. Lopez of Sanchez-Medina, González, Quesada, Lage, Gomez & Machado LLP, Miami, for appellants.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***